UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

                Plaintiff,

-against-

ALLIED PROFESSIONALS INSURANCE COMPANY,

                Defendant.

**ORDER**

20 Civ. 8572 (PGG)

PAUL G. GARDEPHE, United States District Judge:

      Plaintiff will file any Amended Complaint by **February 22, 2021**. If Defendant wishes to move to dismiss the Amended Complaint, either for lack of subject matter jurisdiction or for improper venue, or to move to transfer this matter to another district, it will submit a letter to this effect by **March 1, 2021**. The letter will include a proposed briefing schedule that has been discussed with opposing counsel.

      Discovery in this matter is stayed pending the outcome of the anticipated motion.

Dated: New York, New York
       February 11, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge